IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREGORY A. HOLLENBECK | ) | BANKRUPTCY NO. 04-41163-REG |
| JANE A. HOLLENBECK | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| 2 | First Equity Card | $0.90 |
| 5 | Sherman Acquisition LP., its successors and assign | $0.61 |
| 6 | Sherman Acquisition LP., its successors and assign | $3.87 |
| 7 | Sherman Acquisition LP dba RESURGENT ACQUISITION | $0.11 |
| 9 | Discover Financial Services | $2.23 |
| 10 | Discover Financial Services | $3.87 |
| 13 | Cass County Farm Bureau Credit Union | $0.33 |
| 15 | LS AYRES | $0.10 |
| 16 | eCast Settlement Corporation | $1.66 |
| 18 | eCAST Settlement Corporation, assignee of | $0.14 |
| 20 | AT&T Wireless Services | $0.31 |
| 21 | eCAST Settlement Corporation, assignee of | $0.26 |
| 22 | Associated Radiologists, Inc. | $0.02 |
| 23 | Northern Indiana Public | $0.13 |
| 25 | Waste Management | $0.09 |
| 26 | Guardian Protection Services | $0.05 |
| 28 | LVNV Funding LLC its successors and assigns as | $0.22 |
| 29 | Arnett Clinic | $1.34 |
| 30 | LVNV Funding LLC its successors and assigns as | $0.10 |
| 31 | LVNV Funding LLC its successors and assigns as | $0.04 |
| 32 | Capital Recovery II | $0.85 |
| 33 | Capital Recovery II | $0.71 |

Dated: February 23, 2011                    Respectfully Submitted,

      /s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana  47902
Telephone:  (765) 742-9081
E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

      I certify that on the 23rd day of February, 2011, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. James Hodson

First Equity Card, PO Box 84075, Columbus, GA 31908-4075

Sherman Acquisition LP., its successors and assign, P.O. Box 10587, Greenville, SC 29603-0587

Discover Financial Services, POB 8003, Hilliard OH 43026

Cass County Farm Bureau Credit Union, c/o Customer Service, PO Box 30495, Tampa, FL33630

LS AYRES, PO BOX 66955, ST LOUIS MO 63166

eCast Settlement Corporation, P.O. Box 7247-6971, Philadelphia, PA 19170-6971

eCAST Settlement Corporation, assignee of GE, P.O. Box 35480, Newark, NJ 07193-5480

Associated Radiologists, Inc., 1201 Michigan Ave., #390, Logansport IN 46947

Northern Indiana Public Service Company, attn: Revenue Assurance & Recovery, 801 E. 86th Avenue Merrillville, IN 46410

Waste Management--RMC, 2421 W. Peoria Ave., Suite 110, Phoeniz, AZ 85029

Guardian Protection Services, 174 Thorn Hill Rd., Warrendale, PA 15086

Captial Recovery II, 25 SE Second Avenue Suite 1120, Miami, FL 33131


      /s/ Edward Chosnek